UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20812-CIV-MARTINEZ-SANCHEZ

OMER ASWAD,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Default Judgment or Motion for Trial (the "Motion"), (ECF No. 8). (ECF No. 7.) Judge Sanchez filed an R&R recommending that the Motion be denied, (ECF No. 15). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 15), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Motion, (ECF No. 8), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 24 day of July, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
Omer Aswad, *pro se*
All Counsel of Record